UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **JOSHUA GOINS,** on behalf of himself and all others similarly situated**,**<br><br>Plaintiffs,<br><br>v.<br><br>**BROWN INTEGRATED LOGISTICS, INC.**,<br><br>Defendant. | Case No. 1:24-cv-05038-TRJ |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL <u>WITHOUT PREJUDICE</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Joshua Goins hereby gives notice that his claims in this action against Defendant Brown Integrated Logistics, Inc., are hereby voluntarily dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

Dated: April 2, 2025                                    Respectfully submitted,

                                              By:  */s/ Raina C. Borrelli*
                                                  Raina C. Borrelli (*pro hac vice*)
                                                  Samuel J. Strauss (*pro hac vice*)
                                                  **STRAUSS BORRELLI PLLC**
                                                  One Magnificent Mile
                                                  980 N Michigan Avenue, Suite 1610
                                                  Chicago IL, 60611

Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com
sam@straussborrelli.com

Joseph B. Alonso
Georgia Bar No. 013627
Daniel H. Wirth
Georgia Bar No. 873443
**ALONSO & WIRTH**
1708 Peachtree Street, NW, Suite 303
Atlanta, GA 30309
Telephone: (678) 928-4472
jalonso@alonsowirth.com
dwirth@alonsowirth.com

*Attorneys for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I, Raina C. Borrelli, hereby certify that on April 2, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, via the ECF system. DATED this 2nd day of April, 2025.

>STRAUSS BORRELLI PLLC
>
>By: */s/ Raina C. Borrelli*
>Raina C. Borrelli
>STRAUSS BORRELLI PLLC
>One Magnificent Mile
>980 N Michigan Avenue, Suite 1610
>Chicago IL, 60611
>Telephone: (872) 263-1100
>Facsimile: (872) 263-1109
>raina@straussborrelli.com